Argued and submitted August 11,
affirmed as modified October 6, 1980

In the Matter of the Compensation of

# HUTCHINSON,
*Respondent,*

*v.*

# STATE ACCIDENT INSURANCE FUND,
*Petitioner.*

(WCB No. 78-9234, CA 16463)

617 P2d 321

Darrell E. Bewley, Associate Counsel, SAIF, Salem, argued the cause for petitioner. With him on the brief were K. R. Maloney, Chief Counsel, and James A. Blevins, Chief Trial Counsel, SAIF, Salem.

Richard A. Carlson, Portland, argued the cause for respondent. With him on the brief was Drakulich & Carlson, Portland.

Before Joseph, Presiding Judge, and Warden and Warren, Judges.

PER CURIAM.

## PER CURIAM.

In this Workers' Compensation case, the referee awarded claimant compensation equal to 160 degrees for 50 percent unscheduled low back disability and 6.75 degrees for 5 percent loss of the left foot. The Workers' Compensation Board modified the opinion of the referee, awarding claimant compensation for permanent total disability. The insurer appeals, arguing that claimant has not proved permanent total disability. We agree.

We conclude that claimant is entitled to an award of compensation equal to 224 degrees, for 70 percent unscheduled low back disability, and 6.75 degrees for 5 percent loss of the left foot. *See Hoag v. Duraflake,* 37 Or App 103, 585 P2d 1149, *rev den* (1978).

Affirmed as modified.